

FILED

DISTRICT COURT OF GUAM

APR - 8 2005

MARY L.M. MORAN
CLERK OF COURT

1
2
3
4
5
6                      DISTRICT COURT OF GUAM
7                         TERRITORY OF GUAM
8

9   UNITED STATES OF AMERICA,            MAGISTRATE CASE NO. **05-00006**

10                    Plaintiff,
11          vs.                                  O R D E R

12  **JIA HE ZHENG, aka JEFF SHUI-WAH**
    **WONG, and BING JIN CHEN, aka**
13  **TONYA WING-SEE CHIANG,**

14                   Defendants.
15

16      IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to

17  represent defendant **JIA HE ZHENG** and **RAWLEN MANTANONA** is appointed to represent

18  defendant **BING JIN CHEN** in the above-entitled case.
19
20      Dated this 8th day of April, 2005.
21
22
23                    JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
                      U.S. DISTRICT COURT OF GUAM
24
25
26
27
28