AO 442 (Rev. 10/03) Warrant for Arrest

FILED
DISTRICT COURT OF GUAM
APR - 8 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

JIA HE ZHENG aka
JEFF SHUI-WAH WONG

**WARRANT FOR ARREST**

Case Number: MG-05-00006-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JIA HE ZHENG aka JEFF SHUI-WAH WONG
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

USE OF ALTERED PASSPORT

in violation of Title __18__ United States Code, Section(s) __1546__

| JOAQUIN V. E. MANIBUSAN, JR. | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Magistrate Judge | 4/6/2005   Hagatna, Guam |
| Title of Issuing Officer | Date   Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
SIRENA PLAZA, ICE OFC.
HAGATNA, GU

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/06/05 | MANUEL CANDELARIA JR. | [signature] |
| DATE OF ARREST | | |
| 4/07/05 | SPECIAL AGENT | |