FILED
DISTRICT COURT OF GUAM
APR -8 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS-GUAM
RECEIVED
-6 APR 2005 11:00:00

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

BING JIN CHEN aka
TONYA WING-SEE CHIANG

## WARRANT FOR ARREST

Case Number: MG-05-00006-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BING JIN CHEN aka TONYA WING-SEE CHIANG__
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

USE OF ALTERED PASSPORT

in violation of Title ___18___ United States Code, Section(s) ___1546___

JOAQUIN V. E. MANIBUSAN, JR.
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

4/6/2005          Hagatna, Guam
Date              Location

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

SIRENA PLAZA
ICE OFFICE, HAGATNA, GU

DATE RECEIVED: 04/06/05
DATE OF ARREST: 04/07/05

NAME AND TITLE OF ARRESTING OFFICER:
MANUEL CANDELA JR
SPECIAL AGENT

SIGNATURE OF ARRESTING OFFICER: [Signature]