ZhengChen.MDC

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332/7283
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN - 7 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate ~~CRIMINAL~~ CASE NO. 05-00006 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO DISMISS COMPLAINT AND ORDER** |
| JIA HE ZHENG a.k.a. ) JEFF SHUI-WAH WONG, and ) BING JIN CHEN, a.k.a., ) TONYA WING-SEE CHIANG, ) ) Defendants.. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendanta, JIA HE ZHENG a.k.a., JEFF SHUI-WAH WONG and BING JIN CHEN, a.k.a. TONYA WING-SEE CHIANG, be dismissed with prejudice for the reason that defendants have pled guilty to an Indictment in Criminal Case Number 05-00034.

-1-

Said Indictment has incorporated similar criminal acts described in the Complaint.

RESPECTFULLY SUBMITTED this 3rd day of June, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

**SO ORDERED** this ___6___ day of June, 2005.

_____
RICARDO S. MARTINEZ
Designated Judge
District Court of Guam



RECEIVED
JUN - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-